# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 22, 2022

Mr. Jimmy Derek Braziel
Braziel Dixon, L.L.P.
1910 Pacific Avenue
Dallas, TX 75202

Ms. Jeannette Clack
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

Mr. Robert Peter Lombardi
Kullman Firm
1100 Poydras Street
Suite 1600
New Orleans, LA 70163

Mr. Jack Lewis Siegel
Siegel Law Group
2728 Welborn
Dallas, TX 75219

    No. 22-50257   Gilchrist v. Schlumberger
                          USDC No. 1:16-CV-8

Dear Counsel:

Attached is a revised case caption, which should be used on all future filings in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa B. Courseault, Deputy Clerk
504-310-7701

Case No. 22-50257

John Gilchrist; Byron Brockman,

                Plaintiffs - Appellees

v.

Schlumberger Technology Corporation,

                Defendant - Appellant